| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 94-00149-008 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:05cr163-T |
| NAME AND ADDRESS OF SUPERVISED RELEASEE: James Michael West 2916 Saint Peter Street Dothan, Alabama 36303 | DISTRICT Southern District of Alabama | DIVISION |
| | NAME OF SENTENCING JUDGE Richard W. Vollmer, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/20/2001 — TO 04/19/2006 |

OFFENSE
21 U.S.C. Section 846, Conspiracy to Possess With Intent to Distribute Crack Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/15/05
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/22/2005
Effective Date

United States District Judge

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By Ceaire Roberts
Deputy Clerk
Date 7-5-05