# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

RECEIVED

2005 JUL 25 A 10: 19

Name of Offender: James Michael West　　　　　　　　　Case Number: 1:05CR00163-001

Name of Sentencing Judicial Officer: Honorable Richard W. Vollmer, Jr., United States District Judge, Southern District of Alabama. Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: May 3, 1996

Original Offense: Conspiracy to Possess with Intent to Distribute Crack Cocaine, 21 USC 846
　　　　　　　　　a Class A Felony

Original Sentence: 67 months custody followed by a five (5) year term of supervised release.

Type of Supervision: Supervised release　　　　　Date Supervision Commenced: April 20, 2001

Assistant U.S. Attorney: Louis Franklin　　　　　　Defense Attorney: Federal Defender

## PETITIONING THE COURT

[X]　To issue a summons
[ ]　To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

1.　Violation of condition of supervised release which states, "The defendant shall not commit another federal, state or local crime."

On June 7, 2005, West was arrested by officers of the Dothan, Alabama Police Department for Possession of Controlled Substance-Cocaine. Investigator Sean Malloy and other police officers were in the vicinity of 307 East Newton Street, Dothan, Alabama, due to the area being known for illegal drug trafficking. West was observed standing next to a fence. West saw the police officers and he placed his hand into his left front pants pocket and pulled out a pill bottle. As Inv. Malloy was approaching West, he tossed the bottle over the fence. While Inv. Malloy secured West, Inv. Brent Parrish retrieved the bottle, which contained pieces of suspected crack cocaine. One of the pieces was field tested and was positive for cocaine. West was then placed under arrest and was found to be in possession of $1,003 in U.S. currency.

2.　Violation of Standard Condition of supervised release which states "The defendant shall not illegally possess a controlled substance."

As noted in violation Number One, on June 7, 2005, West was arrested by officers of the Dothan, Alabama Police Department for Possession of Controlled Substance-Cocaine. Investigator Sean Malloy and other police officers were in the vicinity of 307 East Newton Street, Dothan, Alabama, due to the area being known for illegal drug trafficking. West was observed standing next to a fence. West saw the police officers and he placed his hand into his left front pants pocket and pulled out a pill bottle. As Inv. Malloy was approaching West, he tossed the bottle over the fence. While Inv. Malloy secured West, Inv. Brent Parrish retrieved the bottle, which contained pieces of suspected crack cocaine. One of the pieces was field tested and was positive for cocaine.

3.  **Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On June 8, 2005, an urine specimen was obtained from West, taken by U.S. Probation Officer Louis D. Johns, Jr. Scientific Testing Laboratories subsequently notified the probation office that the specimen had tested positive for Cocaine.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
    [X] revoked.
    [ ] extended one year

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 22, 2005

Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved: _____
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

---

THE COURT ORDERS:

[ ]     The Issuance of a Summons
[ ]     The Issuance of a Warrant
[ ]     No Action
[ ]     Other

Myron H. Thompson
United States District Judge

Date