IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr No. 1:05-cr-00163-T |
| | ) | |
| JAMES MICHAEL WEST | ) | |

## ORDER

It is ORDERED that:

(1) The revocation petition (Doc No. 195) filed in this case on July 25, 2005, is set for hearing on August 31, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama 36104.

(2) Based on the information contained in defendant West's August 3, 2005, Financial Affidavit (Doc. No. 199), the Court finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and hereby appoints the Federal Defender to represent the defendant during the proceedings currently pending before the court.

DONE, this the 4th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE