IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-CR-163-T |
| | ) | |
| JAMES MICHAEL WEST | ) | |
| | ) | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Todd A. Brown, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 8th day of August, 2005.

                                                LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              s/Todd A. Brown
                                              TODD A. BROWN
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, AL 36104
                                              Phone: (334)223-7280
                                              Fax: (334)223-7135
                                              E-mail: todd.brown@usdoj.gov
                                              ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-CR-163-T |
| | ) | |
| JAMES MICHAEL WEST | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Federal Defenders Office.

Respectfully submitted,
LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T