AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

JAMES MICHAEL WEST

**NOTICE**

CASE NUMBER: 1:05-cr-00163-T

TYPE OF CASE:

☐ CIVIL      X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

REVOCATION HEARING

X **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Frank M. Johnson U S Courthouse Complex | AUGUST 31, 2005 10:00 AM | **SEPTEMBER 6, 2005,** 10:00 AM |

DEBRA P. HACKETT, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

August 26, 2005
DATE

*(signature)*
(BY) DEPUTY CLERK