IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:1:05-CR-163-T |
| | ) | |
| JAMES MICHAEL WEST | ) | |

**UNOPPOSED MOTION TO CONTINUE HEARING**

**COMES NOW** the Defendant, James Michael West, by undersigned counsel, and respectfully moves this Court to continue this hearing from the time now set, Tuesday September 6 at 10:00 a.m. In support of this Motion, the Defendant would show:

1. The Petition in this matter seeks revocation of supervised release on the grounds, in part, that Mr. West was arrested on June 7, 2005 and charged by Dothan Police Department officers with the possession of crack cocaine. The petition indicates that on that date, police officers observed or believed Mr. West was in possession of a "pill bottle" containing "pieces of suspected crack cocaine" and that Mr. West "tossed the bottle over the fence" as officers approached him.

2. The petition to revoke Mr. West's supervised release was filed on July 25, 2005 and this Court first set a hearing on this matter by Order entered on August 4, 2005.

3. The office of undersigned counsel has located approximately six eye witnesses to Mr. West's encounter with the police officers on June 7, 2005. These witnesses will provide testimony exculpatory to Mr. West.

4. Mr. West therefore requests a continuance of this matter, to serve subpoenas on these necessary witnesses, and present their testimony to this Court.

5. The Government does not oppose this motion.

6. As of June 5, 2005, Mr. West had successfully completed four years and two months of his five year period of supervision; he is due to be released from supervision on April 20, 2006.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry Moorer, Esq., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org