IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )       1:05cr163-T
JAMES MICHAEL WEST            )
```

## ORDER

It is ORDERED that:

(1) Defendant James Michael West's motion to continue (Doc. no. 13) is granted.

(2) The revocation petition (Doc no. 3) is reset for hearing on September 28, 2005, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama 36104.

DONE, this the 6th day of September, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE