# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   SEPTEMBER 28, 2005         AT   11:10   A.M./P.M.

DATE COMPLETED   SEPTEMBER 29, 2005         AT   2:04   A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05-cr-00163-T |
| ) | |
| JAMES MICHAEL WEST ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Terry Moorer | X | Atty Christine Freeman |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Nicole Birch,<br>Law Clerk | Sheila Carnes,<br>Courtroom Clerk | Mitchell Reisner,<br>Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   REVOCATION HEARING

| | |
|---|---|
| 11:10 a.m. | Revocation hearing commenced.<br>Defendant proposes to enter a NOT GUILTY plea to Charges one and two and a GUILTY plea to Charge Three. Oath administered to defendant; defendant found competent to enter a plea; no plea agreement; defendant advised of rights, charges and limits of punishment; factual bases for the plea established; guilty plea entered to Charge three; defendant adjudicated guilty of Charge three. |
| 11:30 a.m. | All witnesses sworn; Witness Rule invoked.<br>Government's evidence commences as to Charges one and two. |
| 12:00 a.m. | Lunch. |
| 1:05 p.m. | Hearing continued. |
| 2:27 p.m. | Break. |
| 2:42 p.m. | Hearing continued. |
| 3:32 p.m. | Government rests.<br>Defendant's evidence commences. |
| 4:50 p.m. | Break. |
| 5:00 p.m. | Hearing continued. |
| 5:30 p.m. | Defendant rests.<br>Government's rebuttal evidence presented. |

```
MINUTES
REVOCATION HEARING COMMENCING SEPTEMBER 28, 2005, BEFORE JUDGE THOMPSON
UNITED STATES v JAMES MICHAEL WEST; 1:05-cr-00163-T
```

| | |
|---|---|
| 5:35 p.m. | Government rests; no sur-rebuttal.<br>Oral argument heard. |
| 5:41 p.m. | Court recessed until 11:00 a.m., September 29, 2005. |

**9-29-05**:

| | |
|---|---|
| 11:05 a.m. | Court reconvened; hearing continued.<br>Court's oral finding that the defendant possess cocaine and that he is guilty of charges one and two of the petition.<br>Parties heard re proposed sentence. |
| 12:00 p.m. | Lunch. |
| 1:36 p.m. | Hearing continued.<br>Supervision revoked; sentence imposed.  **ORAL ORDER** remanding the defendant to the custody of the USM pending bond; conditions to be set by Magistrate Judge. |
| 2:04 p.m. | Hearing concluded. |