IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05-cr-163-T |
| ) | |
| JAMES MICHAEL WEST ) | |

GOVERNMENT                                         DEFENDANT

WITNESS LIST

9-28-05:

1) Sean Malloy

2) Brent Parrish

Rebuttal:

7) Sean Malloy

9-28-05:

3) Yolanda Lynn

4) Jo Ann Marie

5) Johnny Frank Dozier

6) James Michael West