| Govt's EXHIBITS | UNITED STATES OF AMERICA |
| | |
| | v |
| | |
| REVOCATION HEARING COMMENCING 9/28/05 | JAMES MICHAEL WEST 1:05-cr-00163-T |

| | | | | | | JUDGE MYRON THOMPSON, PRESIDING Mitchell Reisner, Court Reporter |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 9-28-05 | 9-28-05 | 1 | Malloy | | Lab Report |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBIT LOCATED IN AN EXPANSION FOLDER WITH CASE FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |