|  | Defendant's<br>EXHIBITS<br><br>REVOCATION HEARING COMMENCING 9/28/05 | UNITED STATES OF AMERICA<br><br>v<br><br>JAMES MICHAEL WEST<br>Cr. No. 1:05-cr-00163-T |
|---|---|---|

|  |  |  |  |  |  | JUDGE MYRON THOMPSON, PRESIDING<br>Mitchell Reisner, Court Reporter |
|---|---|---|---|---|---|---|

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 9-28-05 | 9-28-05 | 1 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 2 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 3 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 4 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 5 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 6 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 7 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 8 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 9 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 10 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 11 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 12 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 13 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 14 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 15 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 16 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 17 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 18 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 19 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 20 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 21 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 22 | West |  | Photograph |
| Yes | 9-28-05 | 9-28-05 | 23 | West |  | Photograph |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 9-28-05 | 9-28-05 | 24 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 25 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 26 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 27 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 28 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 29 | West | | Photograph |
| | | | 30 | | | |
| Yes | 9-28-05 | 9-28-05 | 31 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 32 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 33 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 34 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 35 | West | | Photograph |
| Yes | 9-28-05 | 9-28-05 | 36 | West | | Financial Records |
| | | | 37 | | | |
| Yes | 9-28-05 | 9-28-05 | 38 | West | | Disc |
| Yes | 9-28-05 | 9-28-05 | 39 | West | | Diagram |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS LOCATED IN SEPARATE EXPANSION FOLDER WITH CASE FILE |