**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 9/29/05 | AT | 4:04 p.m. to 4:07 p.m. |
| **DATE COMPLETED:** 9/29/05 | TO | Digital Recorded |

UNITED STATES OF AMERICA         *
                                 *
VS.                              *    CASE NO.: 1:05CR163-T-CSC
                                 *
JAMES MICHAEL WEST

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Terry Moorer | * | Atty. Christine Freeman |
| Tamara Martin, USPTS | | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **Hearing Releasing Defendant on Conditions**

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | | |
|---|---|---|---|
| **Description** | Bond Hearing - 05cr163 USA vs. West | | |
| **Date** | 9/29/2005 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** | |
| 4:04:49 PM | Court | Court convenes; Deft placed underoath; Discussion and reading of conditions of release of deft; Deft has no objections to condition of release; | |
| 4:07:02 PM | Court | Court will enter order electronically setting forth the conditions of release; Defendant is order released on these conditions. Court is recessed. | |