AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

**DEFENDANT:** JAMES MICHAEL WEST
**CASE NUMBER:** 1:05-cr-00163-T

RECEIVED
2005 NOV 10  A 11: 54
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
4 MONTHS.  The term of supervised release imposed on May 3, 1996, is hereby REVOKED.

X  The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends that the defendant be designated to a facility where drug counseling is available.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
   ☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   X  before 2 p.m. on   11/07/2005   .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
NOV 14 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant *surrendered* on  *11-7-2005*  to  *FPC Montgomery*
at *Maxwell AFB, AL  36112*  with a certified copy of this judgment.

*Scott A. Middlebrooks, Warden*
~~UNITED STATES MARSHAL~~

By  *[signature]*
    ~~DEPUTY UNITED STATES MARSHAL~~