PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Michael West                    Case Number: 1:05CR00163-MHT

Name of Sentencing Judicial Officer: Honorable Richard W. Vollmer, Jr., United States District Judge, Southern District of Alabama.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: May 3, 1996; Term of Supervised Release revoked on September 29, 2005.

Original Offense: Conspiracy to Possess with Intent to Distribute Crack Cocaine, 21 USC 846 a Class A Felony

Original Sentence: 67 months custody followed by a five (5) year term of supervised release. Revocation Sentence: four (4) months custody followed by a four (4) year and eight (8) month term of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: March 3, 2006

Assistant U.S. Attorney: Louis Franklin            Defense Attorney: Federal Defender

## PETITIONING THE COURT

[ ]    To extend the term of supervision
[X]    To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program, with electronic monitoring for a period of <u>four (4) months</u> to begin at a time designated by the probation officer.  You shall follow the procedures specified by the probation officer and pay the cost of electronic monitoring as directed.

## CAUSE

1.    **Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On April 2, 2007, an urine specimen was obtained from West, observed by U.S. Probation Officer Louis D. Johns, Jr.  Scientific Testing Laboratories subsequently notified the probation office that the specimen had tested positive for cocaine.

PROB 12B
(7/93)

2

Recommendation:

It is recommended that the term of supervised release be modified as noted above. West denied the use of cocaine and states he has no substance abuse problem and is not in need of treatment. Drug testing will be increased to ensure West remains drug free. West signed a Waiver of Hearing to Modify Conditions of Supervised release and it is attached for your review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 3, 2007

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed & Approved:

/s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[ ]   The Modification of Conditions as Noted Above
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other

Myron H. Thompson
United States District Judge

Date