United States District Court

      MIDDLE      District      ALABAMA

UNITED STATES OF AMERICA

v.                                         Docket No.  1:05CR00163-MHT

JAMES MICHAEL WEST

Waiver of Hearing to Modify Conditions<br>
of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I hereby agree to the modification of my supervised release:

The defendant shall participate in the home confinement program, with electronic monitoring for a period of _four (4) months_ to begin at a time designated by the probation officer. You shall follow the procedures specified by the probation officer and pay the cost of electronic monitoring as directed.

Witness: _____    Signed: _____
          U. S. Probation Officer                            Probationer or Supervised Releasee

Date: 5-2-07