IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr163-MHT |
| JAMES MICHAEL WEST | ) | |

### ORDER

It is ORDERED that the modification petition (Doc. No. 22) is set for hearing on May 15, 2007, at 8:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.  The court has two concerns: (1) According to the petition, "[defendant James Michael] West denied the use of cocaine and states he has no substance abuse problem and is not in need of treatment." (2) West has already had his supervised release revoked once for drug use.

Defendant West and his attorney are DIRECTED to be present.

DONE, this the 8th day of May, 2007.

         /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE