IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr163-MHT |
| | ) | |
| JAMES MICHAEL WEST | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **JAMES MICHAEL WEST,** in the above-styled case.

Dated this 9th day of May, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:05cr163-MHT |
| | ) | |
| **JAMES MICHAEL WEST** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                                 Respectfully submitted,

                                                                  s/ Kevin L. Butler
                                                                  KEVIN L. BUTLER
                                                                  First Assistant Federal Defender
                                                                    201 Monroe Street, Suite 407
                                                                  Montgomery, Alabama 36104
                                                                  Phone: (334) 834-2099
                                                                  Fax: (334) 834-0353
                                                                  E-mail: kevin_butler@fd.org
                                                                AZ Bar Code: 014138