IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr163-MHT |
| JAMES MICHAEL WEST | ) | |

ORDER

Based upon the representations made in open court on May 15, 2007, it is ORDERED as follows:

(1) The modification petition (Doc. No. 22) is treated as both a modification petition and a revocation petition.

(2) The modification petition and the revocation petition (Doc. No. 22) are set for hearing on July 10, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

(3) At the July 10 hearing, defendant James Michael West should be prepared to present evidence that

    he has a drug-addiction problem, if he, in fact,

    has such a problem.

DONE, this the 18th day of May, 2007.

                              <u>/s/ Myron H. Thompson</u>
                             **UNITED STATES DISTRICT JUDGE**