# United States District Court

for

## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Michael West                        Case Number: 1:05CR00163-MHT

Name of Sentencing Judicial Officer: Honorable Richard W. Vollmer, Jr., United States District Judge, Southern District of Alabama.  Jurisdiction transferred to the Middle District of Alabama; assigned to Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: May 3, 1996; Term of Supervised Release revoked on September 29, 2005.

Original Offense: Conspiracy to Possess with Intent to Distribute Crack Cocaine, 21 USC 846, a Class A Felony

Original Sentence: 67 months custody followed by a five (5) year term of supervised release. Revocation Sentence: four (4) months custody followed by a four (4) year and eight (8) month term of supervised release

Type of Supervision: Supervised release          Date Supervision Commenced: March 3, 2006

Assistant U.S. Attorney: Todd Brown              Defense Attorney: Federal Defender

## PETITIONING THE COURT

[**X**]   To issue a summons
[ ]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number                        Nature of Noncompliance

**1.   Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On April 2, 2007, a urine specimen was obtained from West, observed by U.S. Probation Officer Louis D. Johns, Jr.  Scientific Testing Laboratories subsequently notified the probation office that the specimen had tested positive for cocaine.

2. **Violation of condition of supervised release which states, "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**

West contacted the probation officer on October 9, 2006, and reported that he moved from the residence he shared with his wife and children to his mother's residence, located at 2916 Saint Peter Street in Dothan, Alabama. In late May of 2007, the probation officer discovered that West did not live with his mother as reported, but actually resided at 113 Westmont Road in Dothan, Alabama. On August 29, 2006, West signed a twelve month lease agreement for the residence at 113 Westmont Road, Dothan, Alabama, that provided he could occupy the residence on September 1, 2006. The lease specifies that all occupants have to be listed on the lease application, and West did not list any additional occupants on the application completed on August 24, 2006, with the Tom West Company. A copy of the lease was obtained and West was contacted at the Westmont Road residence on June 13, 2007. He denied living at the residence, and stated his father lived there. He admitted leasing the residence, and that the utilities were in his name. While conducting the home contact on June 13, 2007, the probation officer observed West had personal belongings in the house that included clothes, mail, documents from treatment groups, along with toys belonging to his children. Neighbors were contacted by the probation officer, and stated that West was at the residence most of the time. None of the neighbors had observed any one fitting the description of his father at the residence. Additionally, on May 14, 2007, a neighbor called 911 and reported a domestic violence incident between West and his girlfriend, Carmeshia Walker. West fled just prior to officers of the Dothan Police Department arriving at the scene. According to the police report, Ms. Walker was visibly upset, however, stated that nothing happened. She identified West as the suspect, but stated to the police officers that she and West were just arguing. When questioned by the probation officer concerning the aforementioned incident, West denied that he was at the residence on May 14, 2007, and stated he had no knowledge of the incident. West failed to notify the probation officer that he had established a residence at 113 Westmont Road in Dothan, Alabama, as required by the conditions of supervision.

3. **Violation of Standard Condition of supervised release which states "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

West filed monthly reports with the probation officer for the months of September of 2006, thru May of 2007, stating he was residing with either his wife at 5765 County Road 203, Dothan, Alabama, or with his mother at 2916 Saint Peter Street, Dothan, Alabama. As noted in Violation No. Two, West leased a residence at 113 Westmont Road in Dothan, Alabama, and began residing there in September of 2006, according to the lease agreement. West has filed false monthly reports regarding his place of residence.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be

    [X ]   revoked.
    [ ]   extended one year

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 21, 2007

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved:   /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[ ]   The Issuance of a Summons
[ ]   The Issuance of a Warrant
[ ]   No Action
[ ]   Other

Myron H. Thompson
United States District Judge

Date