IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA

V                                                                    1:05cr163-MHT

JAMES MICHAEL WEBB

---

| GOVERNMENT | DEFENDANT |
|---|---|

<u>WITNESS LIST</u>

| 1. LOUIS D. JOHNS, JR. | 1. RENA ROSS |
|---|---|