| | GOVERNMENT'S EXHIBITS<br><br>REVOCATION HEARING COMMENCED 7/10/2007 | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>JAMES MICHAEL WEST<br>1:05cr163-MHT |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>HEATHER BARNETT, COURT REPORTER |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| X | 7/10/2007 | 7/10/2007 | 1 | Johns | | US Probation Monthly Supervision Reports |
| X | 7/10/2007 | 7/10/2007 | 2 | Johns | | Lease Agreement from Tom West Co. Inc. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Exhibits in envelope with file. |