| | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT'S EXHIBITS<br><br>REVOCATION HEARING COMMENCED 7/10/2007 | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>JAMES MICHAEL WEST<br>1:05cr163-MHT | |
| | | | | | JUDGE MYRON THOMPSON, PRESIDING<br>HEATHER BARNETT, COURT REPORTER | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| | | 7/10/2007 | 2 | Ross | | Mail Matter to 2916 Saint Peter Street |
| | | 7/10/2007 | 4 | Ross | | Mail Matter to 2916 Saint Peter Street |
| | | 7/10/2007 | 5 | Johns | | Mail Matter to 2916 Saint Peter Street |
| | | 7/10/2007 | 6 | Johns | | Mail Matter to 2916 Saint Peter Street |
| | | 7/10/2007 | 7 | Johns | | Mail Matter to 2916 Saint Peter Street |
| | | 7/10/2007 | 8 | Johns | | Mail Matter to 2916 Saint Peter Street |
| | | | | | | |