# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) CR. NO. 1:05-CR-0163-MHT |
| | ) |
| | ) |
| **JAMES MICHAEL WEST** | ) |

## MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion as follows:

1. On July 10, 2007, this Court began conducting a supervised release revocation hearing regarding the above-named defendant. During the course of the hearing, testimony elicited from the assigned probation officer, Louis D. Johns, Jr., indicated that the defendant may have been involved in a domestic violence incident on May 14, 2007. Because the source of this information was a neighbor who was not present in court, this Court directed the probation officer to file an amended supervised release revocation petition and directed the United States to subpoena the neighbor for the resumption of the revocation hearing on July 16, 2007.

2. On July 11, 2007, the United States Probation Office filed an amended petition adding the violation relating to the aforementioned domestic violence incident. (Doc. # 32).

3. On July 12, 2007, the United States drafted a subpoena for the aforementioned neighbor, Shandell Criswell. This subpoena has not yet been issued by the Clerk. However, in an effort to give Ms. Criswell advanced notice of the impending hearing, Mr. Johns contacted Ms. Criswell in person last evening, July 12, 2007. Ms. Criswell told Mr. Johns that she was going to be out of the state from today, July 13, 2007, until late in the evening on July 16, 2007, and would be unable to be at the resumption of the revocation hearing on July 16, 2007. Ms. Criswell indicated that she was perfectly willing to testify after she returned to Alabama.

4. Accordingly, because this Court explicitly instructed that this witness be heard from, the United States respectfully requests the resumption of the revocation hearing in this matter be continued until after Ms. Criswell returns to Alabama. It should be noted that this Court has a criminal docket scheduled on Thursday, July 19, 2007, and that Ms. Criswell should be able to be present on that date.

Respectfully submitted, this the 13th day of July, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104-0197
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: todd.brown@usdoj.gov
        ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:05-CR-0163-MHT |
| | ) |
| JAMES MICHAEL WEST | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kevin Butler, Federal Defender's Office.

Respectfully submitted,

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-0197
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T

4