IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 1:05cr163-MHT |
| JAMES MICHAEL WEST ) | |

**ORDER**

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 35) is granted.

(2) The revocation and modification petitions (Doc. Nos. 22, 28, & 32) are set for hearing on July 20, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 17th day of July, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**