IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:05cr163-MHT |
| ) | |
| JAMES MICHAEL WEST ) | |

**MOTION TO CONTINUE REVOCATION HEARING**

**COMES NOW** the Defendant, **JAMES WEST,** by and through Undersigned Counsel, Kevin L. Butler, and moves this Honorable Court for an order continuing the revocation hearing now set for Tuesday, July 24, 2007 at 10:00 a.m., on the following grounds:

1. Undersigned counsel was appointed to represent the Mr. Shiver in *USA v. Gregory James Shiver*, Case No.: 1:05cr256-LSC, on Wednesday, July 18, 2007. Mr. Shiver's trial is scheduled to begin Monday, July 23, 2007 at 9:00 a.m.

2. It is not anticipated that Mr. Shiver's trail will be completed on or before Tuesday, July 24, 2007.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Dated this 22nd day of July, 2007.

                                                      Respectfully submitted,

                                                      s/ Kevin L. Butler
                                                      KEVIN L. BUTLER
                                                      First Assistant Federal Defender
                                                      201 Monroe Street, Suite 407
                                                      Montgomery, Alabama 36104
                                                      Phone: (334) 834-2099
                                                      Fax: (334) 834-0353
                                                      E-mail: kevin_butler@fd.org
                                                      AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr163-MHT |
| | ) | |
| JAMES MICHAEL WEST | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138