```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )       1:05cr163-MHT
JAMES MICHAEL WEST           )
```

## ORDER

It is ORDERED as follows:

(1) The motion to continue revocation hearing (Doc. No. 38) is granted.

(2) The hearing on the revocation and modification petitions (Doc. Nos. 22, 28, & 32), now set for July 24, 2007, is reset for July 30, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 23rd day of July, 2007.

```
              /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE
```