IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       1:05cr163-MHT
JAMES MICHAEL WEST          )
```

## ORDER

It is ORDERED that the motion to substitute (Doc. No. 40) is granted.

DONE, this the 25th day of July, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE