IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr163-MHT |
| | ) | |
| JAMES MICHAEL WEST | ) | |

**NOTICE OF APPEAL**

**NOW COMES** the Defendant, **JAMES MICHAEL WEST**, by and through undersigned counsel, Kevin L. Butler, and files this notice of appeal of his conviction and sentence in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Dated this 2nd day of August, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | 1:05cr163-MHT |
| ) | |
| **JAMES MICHAEL WEST** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                    Respectfully submitted,

                                                    s/ Kevin L. Butler
                                                    KEVIN L. BUTLER
                                                    First Assistant Federal Defender
                                                    201 Monroe Street, Suite 407
                                                    Montgomery, Alabama 36104
                                                    Phone: (334) 834-2099
                                                    Fax: (334) 834-0353
                                                    E-mail: kevin_butler@fd.org
                                                    AZ Bar Code: 014138