IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13617-F

```
                              FILED
                      U.S. COURT OF APPEALS
                         ELEVENTH CIRCUIT

                            OCT 1 2 2007

                          THOMAS K. KAHN
                              CLERK
```

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES MICHAEL WEST,

Defendant-Appellant.

---

Appeal from the United States District Court for the

Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 12th day of October, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Mildred Norwood
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-50

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 12, 2007

RECEIVED
2007 OCT 16 A
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-13617-F**
Case Style: USA v. James Michael West
District Court Number:  05-00163 CR-T-2

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

Encl.

DIS-3 (6-2004)

RECEIVED

2007 OCT 16  A 9:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 12, 2007

**Appeal Number: 07-13617-F**
Case Style: USA v. James Michael West
District Court Number: 05-00163 CR-T-2

TO:   Debra P. Hackett

CC:   Christine A. Freeman

CC:   Kevin L. Butler

CC:   Louis V. Franklin, Sr.

CC:   Stephen P. Feaga

CC:   Todd A. Brown

CC:   Leura Garrett Canary

CC:   Administrative File